## ORAL ARGUMENT NOT YET SCHEDULED

## IN THE UNITED STATES COURT OF APPEALS FOR
## THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| UTILITY AIR REGULATORY GROUP, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) Case No. 12-1476 |
| v. | ) (consolidated with |
| | ) Case No. 12-1477) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| ASSOCIATION OF GLOBAL AUTOMAKERS, INC., *et. al.*, | ) |
| | ) |
| Intervenors. | ) |

_____

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. App. P. 42(b) and Circuit Rules 27(g) and 42,

Petitioners, Respondents, and Intervenors hereby stipulate to voluntarily dismiss

the following cases:  12-1476 and 12-1477.  Counsel for the parties have consulted

with each other, and each party has agreed to be responsible for its own costs and

attorneys' fees.

Dated:  July 22, 2014               Respectfully submitted,

/s/ Allison D. Wood
Norman W. Fichthorn
Allison D. Wood
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500

*Counsel for Petitioner Utility Air Regulatory Group*

/s/ Timothy K. Webster
Roger R. Martella, Jr.
Timothy K. Webster
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

*Counsel for Petitioners American Petroleum Institute, National Association of Manufacturers, and National Oilseed Processors Association*

Sam Hirsch
Acting Assistant Attorney General

/s/ Eric G. Hostetler
Eric G. Hostetler
Michele L. Walter
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
P. O. Box 7611
Washington, DC 20044
(202) 305-2326

*Counsel for Respondents United States
Environmental Protection Agency, Gina
McCarthy, Administrator, EPA*

/s/ Raymond B. Ludwiszewski
Raymond B. Ludwiszewski
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

*Counsel for Intervenor Association of
Global Automakers, Inc.*

/s/ Sanford I. Weisburst
Sanford I. Weisburst
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Counsel for Intervenor Alliance of
Automobile  Manufacturers*

/s/ David M. Lubitz
David M. Lubitz
SCHANER & LUBITZ, PLLC
210 5th Street, N.E.
Washington, DC 20002
(202) 547-1110

*Counsel for Intervenor American Clean
Skies Foundation, Inc.*

/s/ Graham G. McCahan
Graham G. McCahan
Vickie L. Patton
Peter M. Zalzal
ENVIRONMENTAL DEFENSE FUND
2060 Broadway, Suite 300
Boulder, CO 80302
(303) 447-7228

Sean H. Donahue
DONAHUE & GOLDBERG, LLP
2000 L Street, N.W., Suite 808
Washington, DC 20036
(202) 277-7085

*Counsel for Intervenor Environmental
Defense Fund*

/s/ Benjamin H. Longstreth
Benjamin H. Longstreth
David D. Doniger
NATURAL RESOURCES DEFENSE
COUNCIL
1152 15th Street, N.W.
Washington, DC 20005
(202) 289-6868

*Counsel for Intervenor Natural Resources
Defense Council*

4

/s/ Joshua R. Stebbins
Joshua R. Stebbins
Zachary M. Fabish
SIERRA CLUB
50 F Street, N.W.
Washington, DC 20001
(202) 675-6273

*Counsel for Intervenor Sierra Club*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the document was served on counsel in these consolidated cases via the Court's CM/ECF system.

Dated:  July 22, 2014

/s/ Allison D. Wood                
Allison D. Wood